# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **DRAYTON L. THOMPSON,** ) | JUDGMENT IN CASE |
| ) | |
| Petitioner(s), ) | 3:15CV583 |
| ) | Related Case Number |
| vs. ) | |
| ) | |
| **CARLTON JOYNER,** ) | |
| Respondent(s). ) | |

DECISION BY COURT. This action having come before the Court Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 11, 2015 Order.

December 11, 2015

Frank G. Johns, Clerk
United States District Court